UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARVESTER JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>L. GEE, et al.,<br><br>    Defendant. | Case No. 25-cv-03704 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE APPLICATION TO PROCEED *IN FORMA PAUPERIS*; TERMINATING PRIOR MOTION**<br><br>(Docket No. 2) |

Plaintiff, an inmate at the San Francisco County Jail ("Jail"), filed the instant civil rights action under 42 U.S.C. § 1983, against officers at the Jail. Plaintiff filed a motion for leave to proceed *in forma pauperis* ("IFP") which was deficient. Dkt. No. 2. The Clerk of the Court notified Plaintiff to file the proper form along with necessary supporting documents. Dkt. Nos. 2, 4. Plaintiff filed an IFP application on the proper form but it is still deficient because he failed to submit a copy of his prisoner trust account statement showing transactions for the last six months. Dkt. No. 6. In the interest of justice, the Court will *sua sponte* grant Plaintiff an extension of time to file the necessary supporting document to complete his IFP application. Plaintiff shall submit his trust account statement **no later than twenty-eight (28) days** from the filing date of this order.

**Failure to file a complete IFP application in the time provided shall result in**

**this action being dismissed without prejudice and without further notice to Plaintiff.**

Plaintiff's initial IFP motion is DISMISSED as moot. Dkt. No. 2.

The Clerk shall terminate Docket No. 2.

**IT IS SO ORDERED.**

Dated:  _**August 18, 2025**_____

_____
BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file Prisoner IFP; Terminating Prior Motion
P:\PRO-SE\BLF\CR.25\03704Johnson_eot-ifp.docx